```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 34274
    LEROY WEDGEWORTH
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-3716

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 09/15/2004 and was confirmed 11/02/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 03/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED             4525.00         114.93        4525.00
HSBC AUTO FINANCE          SECURED                 .00            .00            .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER      8999.67         879.98        8999.67
ROUNDUP FUNDING LLC        UNSEC W/INTER      8435.84         891.63        8435.84
CHASE MANHATTAN BANK       UNSEC W/INTER   NOT FILED             .00            .00
HSBC AUTO FINANCE          UNSEC W/INTER      2113.20         206.59        2113.20
ECAST SETTLEMENT CORP      UNSEC W/INTER      9643.82         866.66        9643.82
PETER FRANCIS GERACI       DEBTOR ATTY        2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                          2,327.32
DEBTOR REFUND              REFUND                                           1,222.78

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 42,927.42

PRIORITY                                                .00
SECURED                                            4,525.00
    INTEREST                                         114.93
UNSECURED                                         29,192.53
    INTEREST                                       2,844.86
ADMINISTRATIVE                                     2,700.00
TRUSTEE COMPENSATION                               2,327.32
DEBTOR REFUND                                      1,222.78
                        --------------     --------------
TOTALS                  42,927.42              42,927.42



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 34274 LEROY WEDGEWORTH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 08/21/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 04 B 34274 LEROY WEDGEWORTH